```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 12896
   CHONTE L MCCLAIN
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-0327

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 07/19/2007 and was confirmed 12/12/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 04/09/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
DRIVE FINANCIAL SERVICES SECURED VEHIC   10465.06         73.40        1860.14
LITTON LOAN SERVICING IN CURRENT MORTG        .00           .00            .00
OCWEN FEDERAL BANK       CURRENT MORTG        .00           .00            .00
SAXON MORTGAGE           CURRENT MORTG        .00           .00            .00
SAXON MORTGAGE           MORTGAGE ARRE   23090.80           .00            .00
AMERICREDIT FINANCIAL SV UNSECURED       11838.10           .00            .00
CAPITAL ONE              UNSECURED       NOT FILED          .00            .00
AT & T WIRELESS          UNSECURED       NOT FILED          .00            .00
DIRECT TV                UNSECURED       NOT FILED          .00            .00
ISAC                     UNSECURED        1956.94           .00            .00
K MART                   UNSECURED       NOT FILED          .00            .00
PEOPLES GAS & LIGHT      UNSECURED         605.15           .00            .00
SPRINT                   UNSECURED       NOT FILED          .00            .00
WOW INTERNET AND CABLE   UNSECURED       NOT FILED          .00            .00
TREVOR MCCLAIN           NOTICE ONLY     NOT FILED          .00            .00
OCWEN FEDERAL BANK       SECURED NOT I        .00           .00            .00
DEUTSCHE BANK            NOTICE ONLY     NOT FILED          .00            .00
LITTON LOAN SERVICING IN SECURED NOT I        .00           .00            .00
FELD & KORRUB LLC        DEBTOR ATTY     3,004.00                       589.20
TOM VAUGHN               TRUSTEE                                        177.26
DEBTOR REFUND            REFUND                                            .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                   RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE             2,700.00

PRIORITY                                         .00
SECURED                                      1,860.14
    INTEREST                                    73.40
UNSECURED                                        .00

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 12896 CHONTE L MCCLAIN
```

```
ADMINISTRATIVE                                                    589.20
TRUSTEE COMPENSATION                                              177.26
DEBTOR REFUND                                                        .00
                                     ---------------     ---------------
TOTALS                                      2,700.00            2,700.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 07/24/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE









                            PAGE   2
        CASE NO. 07 B 12896 CHONTE L MCCLAIN